UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOE TOMAS COKER, | ) | CASE NO. C06-0068-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT & RECOMMENDATION |
| | ) | |
| CHRISTINE GREGOIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### INTRODUCTION

Petitioner is a state prisoner who has filed a civil rights complaint under 42 U.S.C. § 1983. The complaint has not been served on defendants. For the reasons below, the Court recommends construing a recent letter from plaintiff as a motion to voluntarily dismiss this action, and granting the motion.

### PROCEDURAL HISTORY

On January 17, 2006, plaintiff submitted a civil rights complaint along with an application for leave to proceed *in forma pauperis*. (Doc. #1). The Court granted the application but declined to serve the complaint on defendants because the basis of the complaint was unclear. (Doc. #10). Plaintiff was granted leave to amend the complaint, and was given 30 days in which to file an amended complaint. (*Id.*)

REPORT & RECOMMENDATION
PAGE -1

Plaintiff wrote the Court a letter requesting more time to file an amended complaint and the Court granted an extension of time until May 1, 2006. (Doc. #13). On April 24, 2006, plaintiff wrote to the Court again and this time announced that he would not be able to meet the deadline because he had learned that his legal materials had been destroyed by the Department of Corrections. (Doc. #15). Plaintiff further stated that he would need approximately 18 months to reassemble all the materials which were destroyed. (Doc. #15 at 1).

## DISCUSSION

Due to case management concerns, the Court cannot grant plaintiff an extension of 18 months' duration. Therefore, the only alternative appears to be to allow plaintiff to voluntarily dismiss this lawsuit now and refile it later when he has obtained the necessary documents. Accordingly, the Court recommends construing plaintiff's letter as a motion for voluntary dismissal of this action under Fed. R. Civ. P. 41(a)(1). So construed, the motion should be granted.

Plaintiff also writes in his letter that had he known his documents had been destroyed, he would not have filed his complaint and incurred the financial obligation of repaying the $250 filing fee, as he is required to do under the previous Order granting him leave to proceed *in forma pauperis*. (Doc. #6). Because circumstances beyond plaintiff's control have prevented him from continuing to litigate this matter, the Court recommends that, in the interest of justice, plaintiff should not be required to pay the remaining portion of the $250 filing fee imposed by the previous Order. To relieve plaintiff of this financial burden, the previous Order granting him *in forma pauperis* status should be vacated.

/ / /

REPORT & RECOMMENDATION
PAGE -2

## CONCLUSION

For the foregoing reasons, the court recommends granting plaintiff's motion to voluntarily dismiss this action and vacating the previous Order granting plaintiff leave to proceed *in forma pauperis*. A proposed Order is attached.

DATED this 28th day of April, 2006.

Mary Alice Theiler
United States Magistrate Judge