UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOE TOMAS COKER, | ) | CASE NO. C06-0068-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 |
| | ) | ACTION |
| CHRISTINE GREGOIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice;

(3) The Order granting plaintiff leave to proceed *in forma pauperis* (Doc. #6) is VACATED. Plaintiff is not required to pay the remaining portion of the $250 filing fee imposed by that Order; and

ORDER DISMISSING § 1983 ACTION
PAGE -1

(4) The Clerk shall send copies of this Order to plaintiff and to Judge Theiler. The Clerk is further directed to send a copy of this Order to the Court's Financial Administrator and to the financial officer at the institution having custody of plaintiff.

DATED this 26th day of May, 2006.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -2